AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RUDY ANTONIO SANDOVAL-RAMIREZ, | ) | Case No. 13-8029-WM |
| a/k/a Rudy Perez, | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED by _____ D.C.
JAN 18 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 14, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Cynthia M. Alcocer, Immigration Enforcement Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: January 18, 2013

_____
Judge's signature

City and state: West Palm Beach, Florida

WILLIAM MATTHEWMAN, U.S. Magistrate Judge
_Printed name and title_

## UNITED STATES v. RUDY ANTONIO SANDOVAL-RAMIREZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cynthia Alcocer, being duly sworn, depose and state as follows:

1. I am an Immigration Enforcement Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over four years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As an Immigration Enforcement Agent with ICE, my duties and responsibilities include enforcing criminal an administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Rudy Antonio SANDOVAL-RAMIREZ, also known as Rudy PEREZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 14, 2012, Rudy Antonio SANDOVAL-RAMIREZ was arrested in Palm Beach County, Florida on charges of burglary and loitering. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Rudy Antonio SANDOVAL-RAMIREZ.

4. On or about December 17, 2012, at the Palm Beach County Jail, your affiant took a sworn statement from Rudy Antonio SANDOVAL-RAMIREZ. Post-*Miranda,* Rudy Antonio SANDOVAL-RAMIREZ admitted to being a citizen of

1

Guatemala. He further admitted to last entering into the United States in November 2010 after being deported from the United States in January 2009.

5. On or about January 17, 2013, your affiant received the immigration alien file assigned to Rudy Antonio SANDOVAL-RAMIREZ. Records within this alien file assigned to Rudy Antonio SANDOVAL-RAMIREZ show that he is a native and citizen of Guatemala. Records further show that on or about January 8, 2009, Rudy Antonio SANDOVAL-RAMIREZ was ordered removed from the United States. The Order of Removal was executed on or about January 28, 2009, whereby Rudy Antonio SANDOVAL-RAMIREZ was removed from the United States to Guatemala.

6. Additional records obtained by your affiant show that prior to Rudy Antonio SANDOVAL-RAMIREZ's removal on or about January 28, 2009, Rudy Antonio SANDOVAL-RAMIREZ was voluntary removed from the United States on or about the following two separate occasions: January 27, 2004 and February 4, 2004.

7. Border Patrol Fingerprint Examiner Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on December 14, 2012, that is, Rudy Antonio SANDOVAL-RAMIREZ, was the same person previously removed from the United States on or about January 28, 2009.

8. On or about January 17, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A089 834 764 for the alien identified as Rudy Antonio SANDOVAL-RAMIREZ, verifying that, after a diligent search, no record was found to exist indicating that Rudy Antonio SANDOVAL-RAMIREZ had obtained consent from either the Attorney General of the United States or

the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about December 14, 2012, Rudy Antonio SANDOVAL-RAMIREZ, also known as Rudy PEREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Cynthia Alcocer
Immigration Enforcement Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me this 18th day of January, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  13-8029-WM

UNITED STATES OF AMERICA

vs.

RUDY ANTONIO SANDOVAL-RAMIREZ,
a/k/a Rudy Perez,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
EMALYN WEBBER
ASSISTANT UNITED STATES ATTORNEY
Emalyn.Webber@usdoj.gov
Florida Bar No. 407501
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777